IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JARED A. GOODEARLE                                                          PLAINTIFF

v.                                       Case No. 6:24-cv-6014

DR. GUY HENRY, Doctor, Wellpath; and
WELLPATH, LLC                                                              DEFENDANTS

## **ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable

Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas.  ECF

No. 21.  Judge Comstock recommends that Plaintiff's Amended Complaint (ECF No. 10) be

dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule

5.5(c)(2) for failure to prosecute this matter and failure to comply with the Court's Orders,

respectively.

Plaintiff has not objected to the R&R, and the time to do so has passed.  *See* 28 U.S.C. §

636(b)(1).  Upon review, finding no clear error on the face of the record and that Judge Comstock's

reasoning is sound, the Court adopts the R&R (ECF No. 21) *in toto*.  Plaintiff's Amended

Complaint (ECF No. 10) is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Federal

Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2).

**IT IS SO ORDERED**, this 29th day of July, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge